JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNE E. INTORRE,**   Plaintiff, <br> v. <br> **NANCY A. BERRYHILL**, Acting **Commissioner of Social Security,**   Defendant. | NO. ED CV 17-260-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: March 8, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE